**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                   Case No. 10-02846-13

LUGO ALVAREZ, WALDEMAR                             Chapter 13

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 4/08/2010                        ☐ AMENDED PLAN DATED: _____
    ☑ PRE ☐ POST-CONFIRMATION            Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,000.00 x 60 = $ 60,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 60,000.00

Additional Payments:
$ 200,000.00 to be paid as a LUMP SUM within 36 months with proceeds to come from:

☑ Sale of Property identified as follows:
SALE OR REFINANCE OF THE PROPERTY

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 260,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,324.00

Signed: /s/ WALDEMAR LUGO ALVAREZ
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL MORTGAGE    Cr. _____    Cr. _____
# _____    # _____    # _____
$ 7,800.00    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. ASOC RESD SIERRA DEL    Cr. _____    Cr. _____
# _____    # _____    # _____
$ 11,200.00    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
DORAL MORTGAGE
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
              ☑ Paid 100% / ☐ Other: _____
Cr. COOP A/C CAPARRA    Cr. _____    Cr. _____
# 207586251    # _____    # _____
$ 21,300.00    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
See Continuation Sheet

Attorney for Debtor Jose Prieto                          Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | PEDRO ORTIZ ALVAREZ | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

ATTORNEY FEES TO BE PAID FIRST 11 USC 330

DEBTOR TO MANTAIN DIRECT PAYMENTS TO MARIA DE LOS ANGELES CURCIO

DEBTOR WILL PAY 100% THE CODEBTOR LOAN WITH COPERATIVA DE AHORRO Y CREDITO DE CAPARRA.

CREDITOR WAIVE EMA IF NO OBJECTION IF FILED DURING

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN.  IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGTH FROM THE COURT FOR SUCH PURPOSE.

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES  A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325(A)(5).