IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-02846 ESL |
|---|---|
| **WALDEMAR LUGO ALVAREZ** | Chapter 13 |
| Debtor(s) | |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule F and creditors address master list.

2. That the reason for the amendments is list an unsecured debt with "Pedro Ortiz Alvarez".

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 4th day of May of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

B6F (Official Form 6F) (12/07)

IN RE LUGO ALVAREZ, WALDEMAR  Case No. 10-02846-13
Debtor(s) (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 12052756044803455  AMERICAN GENERAL FIN  70 Pine Street  NEW YORK, NY 10270 | | | PERSONAL LOAN | | | | 7,774.00 |
| ACCOUNT NO. 1105244602782  AMERICAN GENERAL FIN  70 Pine Street  NEW YORK, NY 10270 | | | PERSONAL LOAN | | | | 940.00 |
| ACCOUNT NO. 326KPE 10-1479 (905)  BANFIN REALTY SE  431 PONCE DE LEON  HATO REY, PR 00918 | | | ADMINISTRATIVE EXPENSES | | | | 33,775.64 |
| ACCOUNT NO. 607501111510257  CITI FINANCIAL  P O BOX 499  HANOVER, MD 21076 | | | PERSONAL LOAN | | | | 5,494.00 |

4 continuation sheets attached

Subtotal (Total of this page) $ 47,983.64

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE LUGO ALVAREZ, WALDEMAR
            Debtor(s)

Case No. 10-02846-13
                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 546695016139<br>CITICARD<br>P O BOX 6103<br>CAROLSTREAM, IL 60197 | | | CREDIT CARD | | | | 13,100.00 |
| ACCOUNT NO. 549154004300<br>CITICARD<br>P O BOX 6103<br>CAROLSTREAM, IL 60197 | | | CREDIT CARD | | | | 11,300.00 |
| ACCOUNT NO. 69830<br>CLARO<br>P O BOX 70367<br>SAN JUAN, PR 00936-8367 | | | UTILITY BILLS | | | | 297.00 |
| ACCOUNT NO. 207586251<br>COOP A/C CAPARRA<br>100 AVE SAN PATRICIO SUITE F 16<br>GUAYNABO, PR 00792-1302 | X | | PERSONAL LOAN | | | | 21,300.00 |
| ACCOUNT NO.<br>LCDO JOSE M RAMIREZ HERNANDEZ<br>P O BOX 1360<br>CAGUAS, PR 00726-1360 | | | Assignee or other notification for:<br>COOP A/C CAPARRA | | | | |
| ACCOUNT NO. 207541251<br>COOP A/C CAPARRA<br>100 AVE SAN PATRICIO SUITE F 16<br>GUAYNABO, PR 00792-1302 | | | PERSONAL LOAN | | | | 28,500.00 |
| ACCOUNT NO. 8775<br>DEPT HACIENDA DE PR<br>P O BOX 9024140<br>SAN JUAN, PR 00902-4140 | | | TAXES | | | | 63,524.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 138,021.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. KCD 2009-1342<br>EUROBANK<br>P O BOX 192099<br>SAN JUAN, PR  00919 | | | PERSONAL LOAN | | | | 55,640.00 |
| ACCOUNT NO. 8775<br>F F COMPUTER SUPPLY<br>P O BOX 195373<br>SAN JUAN, PR  00919-5373 | | | SUPPLY | | | | 38,000.00 |
| ACCOUNT NO. 91119057813<br>ISLAND FINANCE<br>P O BOX 71504<br>SAN JUAN, PR  00936 | | | PERSONAL LOAN | | | | 4,257.00 |
| ACCOUNT NO. 9021066532<br>ISLAND FINANCE<br>P O BOX 71504<br>SAN JUAN, PR  00936 | | | PERSONAL LOAN | | | | 947.00 |
| ACCOUNT NO. 90210665327135<br>ISLAND FINANCE<br>P O BOX 71504<br>SAN JUAN, PR  00936 | | | PEROSNAL LOAN | | | | 1,588.00 |
| ACCOUNT NO. 600889641224<br>JC PENNY<br>GE MONEY BANK<br>P O BOX 981064<br>EL PASO, TX  79998-1064 | | | CREDIT CARD | | | | 1,426.00 |
| ACCOUNT NO. 422257195<br>MACY<br>DSNB<br>9111 DUKE BLVD MASON<br>MASON, OH  45040 | | | CREDIT CARD | | | | 100.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 101,958.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ***-**-8775 <br> MEDICOOP <br> P O BOX 194450 <br> SAN JUAN, PR 00919-4450 | | | PERSONAL LOAN | | | | 15,000.00 |
| ACCOUNT NO. <br> Pedro Ortiz Alvarez <br> PO BOX 9009 <br> Ponce, PR 00732 | | | Rent Of Debtors Residence. Considered an Administrative Expense | | | | 18,000.00 |
| ACCOUNT NO. 61103 <br> RG PREMIER BANK <br> P O BOX 2510 <br> GUAYNABO, PR 00970-2510 | | | CREDIT LINE | | | | 6,505.00 |
| ACCOUNT NO. 9953412651100001198 <br> SALLIMAE <br> P O BOX 7403551 <br> ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 5,365.00 |
| ACCOUNT NO. 9953412651100006198 <br> SALLIMAE <br> P O BOX 7403551 <br> ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 4,929.00 |
| ACCOUNT NO. 9953412651100005198 <br> SALLIMAE <br> P O BOX 7403551 <br> ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 9,790.00 |
| ACCOUNT NO. 9953412651100004198 <br> SALLIMAE <br> P O BOX 7403551 <br> ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 10,200.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 69,789.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9953412651100007198<br>SALLIMAE<br>P O BOX 7403551<br>ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 10,800.00 |
| ACCOUNT NO. 771411045980<br>SAMS<br>P O BOX 530942<br>ATLANTA, GA 30353-0942 | | | CREDIT CARD | | | | 100.00 |
| ACCOUNT NO. 771413045980<br>SAMS<br>P O BOX 530942<br>ATLANTA, GA 30353-0942 | | | CREDIT CARD | | | | 672.00 |
| ACCOUNT NO.<br>SCOTIABANK<br>P O BOX 362230<br>SAN JUAN, PR 00936-2230 | | | THIS DEBT OWNED BY LUGO MEDICAL SERVICE PCS | | | X | 225,000.00 |
| ACCOUNT NO. 50494017863<br>SEARS<br>P O BOX 6189<br>SIOUX FALLS, SD 57117 | | | CREDIT CARD | | | | 1,256.00 |
| ACCOUNT NO. 450681000002<br>WESTERNBANK<br>PO BOX 430<br>MAYAGUEZ, PR 00981 | | | CREDIT CARD | | | | 10,400.00 |
| ACCOUNT NO. 135100<br>WESTERNBANK<br>PO BOX 430<br>MAYAGUEZ, PR 00981 | | | CREDIT LINE | | | | 59,600.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 307,828.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 665,579.64

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE LUGO ALVAREZ, WALDEMAR _____ Case No. _____
                           Debtor(s)                                             (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 19 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: May 4, 2010          Signature: /s/ WALDEMAR LUGO ALVAREZ
                                                                                Debtor
                                        WALDEMAR LUGO ALVAREZ

Date: _____ Signature: _____
                                                                             (Joint Debtor, if any)
                                                                             [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

                                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**Amended**

LUGO ALVAREZ, WALDEMAR
1674 LENA
EL CEREZAL
SAN JUAN, PR 00926

DORAL MORTGAGE
P O BOX 70308
SAN JUAN, PR 00936

RG PREMIER BANK
P O BOX 2510
GUAYNABO, PR 00970-2510

Jose Prieto
PO Box 363565
San Juan, PR 00936-3565

EMMA M LOZADA RAMIREZ
66 MAYAGUEZ
HATO REY, PR 00917

SALLIMAE
P O BOX 7403551
ATLANTA, GA 30374-0351

AMERICAN GENERAL FIN
70 Pine Street
NEW YORK, NY 10270

EUROBANK
P O BOX 192099
SAN JUAN, PR 00919

SAMS
P O BOX 530942
ATLANTA, GA 30353-0942

ASOC RESD SIERRA DEL RIO
AVE LA SIERRA
SAN JUAN, PR 00921

F F COMPUTER SUPPLY
P O BOX 195373
SAN JUAN, PR 00919-5373

SCOTIABANK
P O BOX 362230
SAN JUAN, PR 00936-2230

BANFIN REALTY SE
431 PONCE DE LEON
HATO REY, PR 00918

ISLAND FINANCE
P O BOX 71504
SAN JUAN, PR 00936

SEARS
P O BOX 6189
SIOUX FALLS, SD 57117

CITI FINANCIAL
P O BOX 499
HANOVER, MD 21076

JC PENNY
GE MONEY BANK
P O BOX 981064
EL PASO, TX 79998-1064

WESTERNBANK
PO BOX 430
MAYAGUEZ, PR 00981

CITICARD
P O BOX 6103
CAROLSTREAM, IL 60197

LCDO JOSE M RAMIREZ HERNANDEZ
P O BOX 1360
CAGUAS, PR 00726-1360

CLARO
P O BOX 70367
SAN JUAN, PR 00936-8367

MACY
DSNB
9111 DUKE BLVD MASON
MASON, OH 45040

COOP A/C CAPARRA
100 AVE SAN PATRICIO SUITE F 16
GUAYNABO, PR 00792-1302

MEDICOOP
P O BOX 194450
SAN JUAN, PR 00919-4450

DEPT HACIENDA DE PR
P O BOX 9024140
SAN JUAN, PR 00902-4140

Pedro Ortiz Alvarez
PO BOX 9009
Ponce, PR 00732