# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:  Case No.: 10-02846 ESL

**WALDEMAR LUGO ALVAREZ**  Chapter 13

Debtor(s)

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to provide for administrative expenses.

**WHEREFORE**, the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 4th day of May of 2010.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: s Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE: **LUGO ALVAREZ, WALDEMAR**
Debtor(s)

Case No. 10-02846-13
Chapter 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 5/04/2010
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,000.00 x 60 = $ 60,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 60,000.00

Additional Payments:
$ 200,000.00 to be paid as a LUMP SUM within 36 months with proceeds to come from:

☑ Sale of Property identified as follows:
SALE OR REFINANCE OF THE PROPERTY

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 260,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,324.00

Signed: /s/ WALDEMAR LUGO ALVAREZ
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:
Cr. DORAL MORTGAGE      Cr. _____      Cr. _____
# _____                # _____        # _____
$ 7,800.00                $ _____        $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. ASOC RESD SIERRA DEL   Cr. BANFIN REALTY SE   Cr. Pedro Ortiz Alvarez
#                          # 326KPE 10-1479 (905)  #
$ 11,200.00                $ 33,775.64             $ 18,000.00

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
MEDICOOP

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
DORAL MORTGAGE

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.

1. (a) Class A: ☑ Co-debtor Claims ☐ Other: _____
☑ Paid 100% ☐ Other: _____
Cr. COOP A/C CAPARRA    Cr. _____    Cr. _____
# 207586251             # _____      # _____
$ 21,300.00             $ _____      $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
See Continuation Sheet

Attorney for Debtor: Jose Prieto    Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

|  | Cr | ± | S |
|---|---|---|---|
| **Executory Contracts - Assumed:** | PEDRO ORTIZ ALVAREZ | | |

IN RE LUGO ALVAREZ, WALDEMAR               Case No. 10-02846-13
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

ATTORNEY FEES TO BE PAID FIRST 11 USC 330

DEBTOR TO MANTAIN DIRECT PAYMENTS TO MARIA DE LOS ANGELES CURCIO

DEBTOR WILL PAY 100% THE CODEBTOR LOAN WITH COPERATIVA DE AHORRO Y CREDITO DE CAPARRA

CREDITOR WAIVE EMA IF NO OBJECTION IF FILED DURING

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGTH FROM THE COURT FOR SUCH PURPOSE.

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325(A)(5)

© 1993, 2010 EZ-Filing, Inc. [1-800-998-2424] Forms Software Only

*Amended*

LUGO ALVAREZ, WALDEMAR
1674 LENA
EL CEREZAL
SAN JUAN, PR 00926

DORAL MORTGAGE
P O BOX 70308
SAN JUAN, PR 00936

MEDICOOP
P O BOX 194450
SAN JUAN, PR 00919-4450

Jose Prieto
PO Box 363565
San Juan, PR 00936-3565

EMMA M LOZADA RAMIREZ
66 MAYAGUEZ
HATO REY, PR 00917

Pedro Ortiz Alvarez
PO BOX 9009
Ponce, PR 00732

AMERICAN GENERAL FIN
70 Pine Street
NEW YORK, NY 10270

EUROBANK
P O BOX 192099
SAN JUAN, PR 00919

RG PREMIER BANK
P O BOX 2510
GUAYNABO, PR 00970-2510

ASOC RESD SIERRA DEL RIO
AVE LA SIERRA
SAN JUAN, PR 00921

F F COMPUTER SUPPLY
P O BOX 195373
SAN JUAN, PR 00919-5373

SALLIMAE
P O BOX 7403551
ATLANTA, GA 30374-0351

BANFIN REALTY SE
431 PONCE DE LEON
HATO REY, PR 00918

FREDDY SOLIS
PAISAJES DEL ESCORIAL 105, APT A 30
CAROLINA, PR 00987

SAMS
P O BOX 530942
ATLANTA, GA 30353-0942

CITI FINANCIAL
P O BOX 499
HANOVER, MD 21076

ISLAND FINANCE
P O BOX 71504
SAN JUAN, PR 00936

SCOTIABANK
P O BOX 362230
SAN JUAN, PR 00936-2230

CITICARD
P O BOX 6103
CAROLSTREAM, IL 60197

JC PENNY
GE MONEY BANK
P O BOX 981064
EL PASO, TX 79998-1064

SEARS
P O BOX 6189
SIOUX FALLS, SD 57117

CLARO
P O BOX 70367
SAN JUAN, PR 00936-8367

JORGE GARCIA RONDON
LA TORRE DE PLAZA LAS AMERICAS
SUITE 903
525 AVE. FD ROOSEVELT
SAN JUAN, PR 00918-8058

WESTERNBANK
PO BOX 430
MAYAGUEZ, PR 00981

COOP A/C CAPARRA
100 AVE SAN PATRICIO SUITE F 16
GUAYNABO, PR 00792-1302

LCDO JOSE M RAMIREZ HERNANDEZ
P O BOX 1360
CAGUAS, PR 00726-1360

DEPT HACIENDA DE PR
P O BOX 9024140
SAN JUAN, PR 00902-4140

MACY
DSNB
9111 DUKE BLVD MASON
MASON, OH 45040