# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No.: 10-02846 ESL |
| **WALDEMAR LUGO ALVAREZ** | Chapter 13 |
| Debtor(s) | |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule  F and creditors address master list.

2. That the reason for the amendments is list an unsecured debt with "FREDDY SOLIS".

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true  and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties  to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 4th day of May of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo,  Esq.

B6F (Official Form 6F) (12/07)

IN RE LUGO ALVAREZ, WALDEMAR
_____
Debtor(s)

Case No. 10-02846-13
_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 12052756044803455 <br><br>AMERICAN GENERAL FIN<br>70 Pine Street<br>NEW YORK, NY 10270 | | | PERSONAL LOAN | | | | 7,774.00 |
| ACCOUNT NO. 1105244602782 <br><br>AMERICAN GENERAL FIN<br>70 Pine Street<br>NEW YORK, NY 10270 | | | PERSONAL LOAN | | | | 940.00 |
| ACCOUNT NO. 326KPE 10-1479 (905) <br><br>BANFIN REALTY SE<br>431 PONCE DE LEON<br>HATO REY, PR 00918 | | | ADMINISTRATIVE EXPENSES | | | | 33,775.64 |
| ACCOUNT NO. 607501111510257 <br><br>CITI FINANCIAL<br>P O BOX 499<br>HANOVER, MD 21076 | | | PERSONAL LOAN | | | | 5,494.00 |
| ___5___ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | $ 47,983.64 |
| | | | | | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LUGO ALVAREZ, WALDEMAR _____ Case No. 10-02846-13
                        Debtor(s)                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 546695016139<br><br>CITICARD<br>P O BOX 6103<br>CAROLSTREAM, IL 60197 | | | CREDIT CARD<br>DEBTOR DOES NOT AGREE WITH THE FORMER CHARGES MADE THIS CREDITOR TO THE ACCOUNT | | | X | 13,100.00 |
| ACCOUNT NO. 549154004300<br><br>CITICARD<br>P O BOX 6103<br>CAROLSTREAM, IL 60197 | | | CREDIT CARD<br>DEBTOR DOES NOT AGREE WITH THE FORMER CHARGES MADE THIS CREDITOR TO THE ACCOUNT | | | X | 11,300.00 |
| ACCOUNT NO. 69830<br><br>CLARO<br>P O BOX 70367<br>SAN JUAN, PR 00936-8367 | | | UTILITY BILLS | | | | 297.00 |
| ACCOUNT NO. 207586251<br><br>COOP A/C CAPARRA<br>100 AVE SAN PATRICIO SUITE F 16<br>GUAYNABO, PR 00792-1302 | X | | PERSONAL LOAN | | | | 21,300.00 |
| ACCOUNT NO.<br><br>LCDO JOSE M RAMIREZ HERNANDEZ<br>P O BOX 1360<br>CAGUAS, PR 00726-1360 | | | Assignee or other notification for:<br>COOP A/C CAPARRA | | | | |
| ACCOUNT NO. 207541251<br><br>COOP A/C CAPARRA<br>100 AVE SAN PATRICIO SUITE F 16<br>GUAYNABO, PR 00792-1302 | | | PERSONAL LOAN | | | | 28,500.00 |
| ACCOUNT NO. 8775<br><br>DEPT HACIENDA DE PR<br>P O BOX 9024140<br>SAN JUAN, PR 00902-4140 | | | TAXES | | | | 63,524.00 |

Sheet no. _____ 1 of _____ 5 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal (Total of this page) | $ 138,021.00 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LUGO ALVAREZ, WALDEMAR                                    Case No. 10-02846-13
_____                            _____
                    Debtor(s)                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. KCD 2009-1342<br><br>EUROBANK<br>P O BOX 192099<br>SAN JUAN, PR  00919 | | | PERSONAL LOAN<br>DEBTOR DOES NOT AGREE WITH THE FORMER CHARGES MADE THIS CREDITOR TO THE ALEGED DEFICIENCY | | | X | 55,640.00 |
| ACCOUNT NO. 8775<br><br>F F COMPUTER SUPPLY<br>P O BOX 195373<br>SAN JUAN, PR  00919-5373 | | | SUPPLY | | | | 38,000.00 |
| ACCOUNT NO.<br><br>FREDDY SOLIS<br>PAISAJES DEL ESCORIAL 105, APT A 30<br>CAROLINA, PR  00987 | | | KCD10-1426 SALA 902 | | | X | 75,000.00 |
| ACCOUNT NO.<br><br>JORGE GARCIA RONDON<br>LA TORRE DE PLAZA LAS AMERICAS SUITE 903<br>525 AVE. FD ROOSEVELT<br>SAN JUAN, PR  00918-8058 | | | Assignee or other notification for:<br>FREDDY SOLIS | | | | |
| ACCOUNT NO. 91119057813<br><br>ISLAND FINANCE<br>P O BOX 71504<br>SAN JUAN, PR  00936 | | | PERSONAL LOAN | | | | 4,257.00 |
| ACCOUNT NO. 9021066532<br><br>ISLAND FINANCE<br>P O BOX 71504<br>SAN JUAN, PR  00936 | | | PERSONAL LOAN | | | | 947.00 |
| ACCOUNT NO. 90210665327135<br><br>ISLAND FINANCE<br>P O BOX 71504<br>SAN JUAN, PR  00936 | | | PEROSNAL LOAN | | | | 1,588.00 |

Sheet no. ___2___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 175,432.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LUGO ALVAREZ, WALDEMAR                           Case No. 10-02846-13
_____                        _____
           Debtor(s)                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 600889641224<br><br>JC PENNY<br>GE MONEY BANK<br>P O BOX 981064<br>EL PASO, TX 79998-1064 | | | CREDIT CARD<br>DEBTOR DOES NOT AGREE WITH THE FORMER CHARGES MADE THIS CREDITOR TO THE ACCOUNT | | | X | 1,426.00 |
| ACCOUNT NO. 422257195<br><br>MACY<br>DSNB<br>9111 DUKE BLVD MASON<br>MASON, OH 45040 | | | CREDIT CARD<br>DEBTOR DOES NOT AGREE WITH THE FORMER CHARGES MADE THIS CREDITOR TO THE ACCOUNT | | X | X | 100.00 |
| ACCOUNT NO. ***-**-8775<br><br>MEDICOOP<br>P O BOX 194450<br>SAN JUAN, PR 00919-4450 | | | PERSONAL LOAN | | | | 15,000.00 |
| ACCOUNT NO.<br><br>Pedro Ortiz Alvarez<br>PO BOX 9009<br>Ponce, PR 00732 | | | Rent Of Debtors Residence. Considered an Administrative Expense | | | | 18,000.00 |
| ACCOUNT NO. 61103<br><br>RG PREMIER BANK<br>P O BOX 2510<br>GUAYNABO, PR 00970-2510 | | | CREDIT LINE | | | | 6,505.00 |
| ACCOUNT NO. 995341265110001198<br><br>SALLIMAE<br>P O BOX 7403551<br>ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 5,365.00 |
| ACCOUNT NO. 995341265110006198<br><br>SALLIMAE<br>P O BOX 7403551<br>ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 4,929.00 |

Sheet no. ___3___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 51,325.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LUGO ALVAREZ, WALDEMAR

Case No. 10-02846-13

Debtor(s)        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 995341265110005198<br><br>SALLIMAE<br>P O BOX 7403551<br>ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 9,790.00 |
| ACCOUNT NO. 995341265110004198<br><br>SALLIMAE<br>P O BOX 7403551<br>ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 10,200.00 |
| ACCOUNT NO. 995341265110007198<br><br>SALLIMAE<br>P O BOX 7403551<br>ATLANTA, GA 30374-0351 | | | STUDENT LOAN | | | | 10,800.00 |
| ACCOUNT NO. 771411045980<br><br>SAMS<br>P O BOX 530942<br>ATLANTA, GA 30353-0942 | | | CREDIT CARD<br>DEBTOR DOES NOT AGREE WITH THE FORMER CHARGES MADE THIS CREDITOR TO THE ACCOUNT | | | X | 100.00 |
| ACCOUNT NO. 771413045980<br><br>SAMS<br>P O BOX 530942<br>ATLANTA, GA 30353-0942 | | | CREDIT CARD<br>DEBTOR DOES NOT AGREE WITH THE FORMER CHARGES MADE THIS CREDITOR TO THE ACCOUNT | | | X | 672.00 |
| ACCOUNT NO.<br><br>SCOTIABANK<br>P O BOX 362230<br>SAN JUAN, PR 00936-2230 | | | THIS DEBT OWNED BY LUGO MEDICAL SERVICE PCS | | | X | 225,000.00 |
| ACCOUNT NO. 50494017863<br><br>SEARS<br>P O BOX 6189<br>SIOUX FALLS, SD 57117 | | | CREDIT CARD<br>DEBTOR DOES NOT AGREE WITH THE FORMER CHARGES MADE THIS CREDITOR TO THE ACCOUNT | | | X | 1,256.00 |

Sheet no. ___4___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 257,818.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** LUGO ALVAREZ, WALDEMAR        Case No. <u>10-02846-13</u>

Debtor(s)                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 450681000002<br><br>WESTERNBANK<br>PO BOX 430<br>MAYAGUEZ, PR 00981 | | | CREDIT CARD | | | X | 10,400.00 |
| **ACCOUNT NO.** 135100<br><br>WESTERNBANK<br>PO BOX 430<br>MAYAGUEZ, PR 00981 | | | CREDIT LINE | | | X | 59,600.00 |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |

Sheet no. <u>5</u> of <u>5</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 70,000.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 740,579.64

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>LUGO ALVAREZ, WALDEMAR</u>                                      Case No. <u>10-02846-13</u>
                                    Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 21 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>May 4, 2010</u>            Signature: <u>/s/ WALDEMAR LUGO ALVAREZ</u> _____
                                         WALDEMAR LUGO ALVAREZ                                    Debtor

Date: _____        Signature: _____
                                                                              (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                          _____
                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

LUGO ALVAREZ, WALDEMAR
Debtor(s)

Case No. 10-02846-13

Chapter 13

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: May 4, 2010          Signature: /s/ WALDEMAR LUGO ALVAREZ

WALDEMAR LUGO ALVAREZ
Debtor

Date: _____          Signature: _____
Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] Forms Software Only

*Amended*

LUGO ALVAREZ, WALDEMAR
1674 LENA
EL CEREZAL
SAN JUAN, PR  00926

DORAL MORTGAGE
P O BOX 70308
SAN JUAN, PR  00936

MEDICOOP
P O BOX 194450
SAN JUAN, PR  00919-4450

Jose Prieto
PO Box 363565
San Juan, PR  00936-3565

EMMA M LOZADA RAMIREZ
66 MAYAGUEZ
HATO REY, PR  00917

Pedro Ortiz Alvarez
PO BOX 9009
Ponce, PR  00732

AMERICAN GENERAL FIN
70 Pine Street
NEW YORK, NY  10270

EUROBANK
P O BOX 192099
SAN JUAN, PR  00919

RG PREMIER BANK
P O BOX 2510
GUAYNABO, PR  00970-2510

ASOC RESD SIERRA DEL RIO
AVE LA SIERRA
SAN JUAN, PR  00921

F F COMPUTER SUPPLY
P O BOX 195373
SAN JUAN, PR  00919-5373

SALLIMAE
P O BOX 7403551
ATLANTA, GA  30374-0351

BANFIN REALTY SE
431 PONCE DE LEON
HATO REY, PR  00918

FREDDY SOLIS
PAISAJES DEL ESCORIAL 105, APT A 30
CAROLINA, PR  00987

SAMS
P O BOX 530942
ATLANTA, GA  30353-0942

CITI FINANCIAL
P O BOX  499
HANOVER, MD  21076

ISLAND FINANCE
P O BOX 71504
SAN JUAN, PR  00936

SCOTIABANK
P O BOX 362230
SAN JUAN, PR  00936-2230

CITICARD
P O BOX 6103
CAROLSTREAM, IL  60197

JC PENNY
GE MONEY BANK
P O BOX 981064
EL PASO, TX  79998-1064

SEARS
P O BOX 6189
SIOUX FALLS, SD  57117

CLARO
P O BOX 70367
SAN JUAN, PR  00936-8367

JORGE GARCIA RONDON
LA TORRE DE PLAZA LAS AMERICAS
SUITE 903
525 AVE. FD ROOSEVELT
SAN JUAN, PR  00918-8058

WESTERNBANK
PO BOX 430
MAYAGUEZ, PR  00981

COOP A/C CAPARRA
100 AVE  SAN PATRICIO SUITE F 16
GUAYNABO, PR  00792-1302

LCDO JOSE M RAMIREZ HERNANDEZ
P O BOX 1360
CAGUAS, PR  00726-1360

DEPT HACIENDA DE PR
P O BOX 9024140
SAN JUAN, PR  00902-4140

MACY
DSNB
9111 DUKE BLVD MASON
MASON, OH  45040