# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: WALDEMAR LUGO ALVAREZ

Bkrtcy. No. 10-02846-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: Apr 08, 2010 | Meeting Date: May 10, 2010 | DC Track No. 4 | |
| Days from petition date: 32 | Meeting Time: 8:00 AM | | |
| 910 Days before Petition: 10/11/2007 | ☐ Chapter 13 Plan Date: Apr 08, 2010 Dkt.# 3 | ☐ Amended. | |
| This is debtor(s) _____ Bankruptcy petition. | Plan Base: $260,000.00 | | |
| This is the _____ Scheduled Meeting | Confirmation Hearing Date: Jun 02, 2010 | Time: 2:00 PM | |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. — Date — Amount — Total Paid In: $0.00

**I. Appearances:** ☐ Telephone ☐ Video Conference
- ☐ Debtor Present ☐ ID & Soc. OK ☑ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined ☑ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

☐ Creditor(s) present: ☐ None.
- Hacienda
- Firstbank

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00 — Paid Pre-Petition: $676.00 — Outstanding: $2,324.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☑ For Failure to commence payments. ①

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: TBD
- Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
- The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: June 16, 2010 at 9:00 a.m.

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

(1) 10 Rays to make the first payment.
(2) This is a self employed debtor who need to complete the required business questionaire and provide various documents including information of the corporation and of his DSO obligations.
(3) Need to amend RSA B22C to list income from family members during the 6 months prior to the filing.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: May 10, 2010