# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: WALDEMAR LUGO ALVAREZ | Bkrtcy. No. 10-02846-ESL<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Petition Filing Date: | Apr 08, 2010 | Meeting Date | Jun 16, 2010 | DC Track No. | 9 |
|---|---|---|---|---|---|
| Days from petition date | 69 | Meeting Time | 9:00 AM | | |
| 910 Days before Petition | 10/11/2007 | ☐ Chapter 13 Plan Date | May 04, 2010 Dkt.# 14 | ☐ Amended. | |
| This is debtor(s) ___ Bankruptcy petition. | | Plan Base: | $260,000.00 | | |
| This is the ___ Scheduled Meeting | | Confirmation Hearing Date: | Jul 28, 2010 | Time: | 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. | Date | Amount | Total Paid In: | $0.00 |

### I. Appearances:   ☐ Telephone   ☐ Video Conference   ☒ Creditor(s) present:   ☐ None.

- ☒ Debtor Present    ☐ ID & Soc. OK    ☐ Debtor Absent
- ☐ Joint Debtor Present    ☐ ID & Soc. OK    ☒ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined   ☒ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present   ☐ Not Present
- ☐ Substitute attorney:   ☐ Pro-se.

Creditors present: Maria de los Angeles Curcio; Money Express - Sanchez; Coop. de/Caperva - A. Lopez

### II. Attorneys Fees as per R 2016(b) Statement  Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $676.00   Outstanding: $2,324.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:   ☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under  ☐ Above Median Income.   Liquidation Value: ___
- Commitment Period is ☐ 36  ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ___
- The Trustee ☐ RECOMMENDS  ☐ OBJECTS  Plan confirmation.
- §341 Meeting ☒ CONTINUED  ☐ NOT HELD  ☐ CLOSED  ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: October 6, 2010 at 9:00 AM.

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
(1) Debtor must file MOR's from April 2010 onward and bank statements from October 2009 until March 2010 with a detailed statement of income and expenses.

/s/ José R. Carrión
Trustee          Presiding Officer          Page 1 of 1          Date: Jun 16, 2010