# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: WALDEMAR LUGO ALVAREZ

Bkrtcy. No. 10-02846-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Apr 08, 2010
Meeting Date: Oct 22, 2010
DC Track No. 16

Days from petition date: 197
Meeting Time: 11:00 AM

910 Days before Petition: 10/11/2007
☐ Chapter 13 Plan Date: May 04, 2010 Dkt.# 14 ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $260,000.00

This is the 4TH Scheduled Meeting
Confirmation Hearing Date: Oct 27, 2010   Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $2,000.00

### I. Appearances:
- ☑ Debtor Present
- ☐ Joint Debtor Present
- ☑ Debtor(s) was/were Examined
- Attorney for Debtor(s) ☑ Present
- ☐ Substitute attorney:
- ☐ Telephone ☐ Video Conference
- ☑ ID & Soc. OK
- ☐ ID & Soc. OK
- ☐ Debtor Absent
- ☐ Joint Debtor Absent
- ☐ Not Examined under oath.
- ☐ Not Present
- ☐ Pro-se.

☑ Creditor(s) present: ☐ None.
M. Curcio
Lic Cuypm Scotiabank

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $676.00   Outstanding: $2,324.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.
Liquidation Value: $385,860.00
Commitment Period is ☑ 36 ☐ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: NO POOL

The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]
- ☑ INSUFFICIENTLY FUNDED
- ☐ To pay §507
- ☑ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS
- ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements
- ☐ Plan not filed in Good Faith §1325(a)(3)
- ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
Needs evidence in support of post petition DSO payments. Needs MOR's since filing until confirmation. Needs evidence in support of participation over real property. Plan will be amended to delete payment in full to Perry Jurni. Needs evidence in support of lien by Scotiabank

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Oct 22, 2010