# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: WALDEMAR LUGO ALVAREZ
**Case Number**: 10-02846-ESL13    **Chapter**: 13
**Date / Time / Room**: 10/27/2010 2:00 PM eslcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: LILLIAN MORALES
**Reporter / ECR**: ADA LOPEZ

### Matter:

CONFIRMATION HEARING OF AMENDED PLAN DATED 5/4/2010 DK 14
OBJECTION TO CONFIRMATION FILED BY BANFIN REALTY, S.E. DK 45

*Medical doctor, physician —*
*Current to trustee.*
*Needs more.*
*Critical, assumption of lease*
*with Banfin —*
*DSO payments —*

### Appearances:

JOSE RAMON CARRION MORALES  *Juliel Perez*
JOSE M PRIETO CARBALLO

*Juan Cuyar, Scotiabank.*

### Proceedings:

ORDER:

**X** (Amended) dated 5.4.10 [Docket no. 14] ___CONFIRMED  **X** NOT CONFIRMED  **X** LBR 3015

**X** Movant's application to withdraw motion is hereby granted. Re: Docket No. 47

*Extended to 20 days —*
*lack of feasibility*
*and not being*
*current on DSO*
*payments —*

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

___Hearing on Confirmation/Contested Matter is continued to: _____

___Attorney's Fees:$3,000.00; Other:_____

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge