# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:

WALDEMAR LUGO ALVAREZ

XXX-XX-8775

Debtor(s)

CASE NO. 10-02846 ESL

Chapter 13

FILED & ENTERED ON 03/11/2011

## ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #58), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of March, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors