UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *IN THE MATTER OF:*<br><br>**WALDEMAR LUGO ALVAREZ**<br><br>*xxx–xx–8775*<br><br>Debtor(s) | Case No. 10–02846–ESL13 ESL<br><br>**Chapter 13**<br><br><br>FILED & ENTERED ON<br>*6/23/11* |

## *NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST*

A hearing will be held at 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR 00901 on Wednesday, September 7, 2011 at 02:00 PM to act upon the following matters:

CONFIRMATION HEARING

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015–2(e)(1).

San Juan, Puerto Rico, The 23rd of June, 2011.

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

By:*PATRICIA DAVILA*
Deputy Clerk