# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

**Hearing Information:**

Debtor: WALDEMAR LUGO ALVAREZ
Case Number: 10-02846-ESL13
Date / Time / Room: 9/20/2011 9:00 AM osjcrt2      Chapter: 13
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: EVANGELINA MENDEZ
Reporter / ECR: CARLOS APONTE

*Handwritten notes:* Debtor has not filed MORs. Arrears to Trustee = $5000 — 5 months. Debtor acknowledges not filing all tax returns, MORs.

**Matter:**

DK 72 CONFIRMATION HEARING AMENDED PLAN DATED 5/5/2011
DK 89 OBJECTION TO CONFIRMATION BY irs

**Appearances:**

JOSE RAMON CARRION MORALES / Pérez
JOSE M PRIETO CARBALLO ✓
T. Fázquez
J. Crujer ; Scotiabank
G. Aguire , FRJ
R. Ramirez , Banco

**Proceedings:**

ORDER:

☒ (Amended) dated 5/5/2011 [Docket no. 72] ___ CONFIRMED ☒ NOT CONFIRMED // LBR 3015 — feasibility /M

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. ____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

___ Hearing on Confirmation/Contested Matter is continued to: _____

___ Attorney's Fees: $3,000.00; Other: ✗

TMTD (#81)
MTD IRS (#88)
Value: $126,130.00

① For the reasons stated in open court, there being no opposition by appearing creditors, and it appearing that conversion to Ch. 7, as opposed to dismissal, is in the best interest of the estate; the case is hereby converted to Chapter 7.

② Balance on hand to be paid to Department and for attorney's fees to be determined as per pending application.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge